UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

     A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 11-05771 EMC**     **Katz v. County of Contra Costa et al**

**C 12-01981 DMR**     **Duthcer v. Lawson et al**

    **I find that the above case is <u>NOT</u> related to the case assigned to me.  EMC**

**ORDER**

Dated: June 4, 2012

_____
Judge Edward M. Chen

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: June 4, 2012     By: _____
                              Deputy Clerk

## CERTIFICATE OF SERVICE

    I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED: June 4, 2012**      **By:** _____
                                               **Deputy Clerk**

Copies to:  Courtroom Deputies
              Case Systems Administrators
              Counsel of Record
Entered into Assignment Program: _____ (date)