**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID DUTCHER,

No. C-12-01981 DMR

      Plaintiff(s),

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

   v.

DON LAWSON,

      Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      The Initial Case Management Conference previously scheduled for October 3, 2012 has been CONTINUED to **October 17, 2012 at 1:30 p.m.**,  Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than **October 10, 2012.**  Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.

      IT IS SO ORDERED.

Dated:  August 2, 2012

_____
DONNA M. RYU
United States Magistrate Judge