UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID DUTCHER,

    Plaintiff(s),

v.

DON LAWSON,

    Defendant(s).

No. C-12-01981 DMR

**ORDER TO SHOW CAUSE**

Defendant Mary Nolan's motion to dismiss is set for a hearing on September 27, 2012. Pursuant to Civil Local Rule 7-3, any brief in opposition to Defendant's motion was due on September 4, 2012, but no such opposition has been received. <u>Plaintiff David Dutcher is ordered to respond by **September 6, 2012** and show cause for his failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. If Plaintiff does not timely respond, Defendant's motion may be granted.

IT IS SO ORDERED.

Dated: September 5, 2012

_____
DONNA M. RYU
United States Magistrate Judge