**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11   DAVID DUTCHER,                          No. C 12-01981 DMR

12              Plaintiff(s),               **ORDER RE MOTION TO EXTEND
                                            TIME TO RESPOND TO THE FIRST**
13        v.                                **AMENDED COMPLAINT**

14   DON LAWSON,

15              Defendant(s).
                                    _____/
16

17        The court is in receipt of Defendant Susan Dutcher's motion to extend time to respond to the

18   first amended complaint.  [Docket No. 33.]  The court will treat the motion as administrative and, as

19   such, orders that any opposition to the motion be filed no later than October 1, 2012.

20

21        IT IS SO ORDERED.

22

23   Dated:  September 25, 2012

24                                          _____
                                            DONNA M. RYU
25                                          United States Magistrate Judge

26

27

28