**GEARINGER LAW GROUP**

825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA 94109
Tel. (415) 440-3102

BRIAN GEARINGER (State Bar #146125)
R. STEPHEN M. LAROE (State Bar #245269)

**THE SCOTT LAW FIRM**

1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CALIFORNIA 94109
(415) 561-9601

JOHN HOUSTON SCOTT (State Bar #72578)
LIZABETH N. de VRIES (State Bar #227215)
GORDON KAUPP (State Bar #226141)

Attorneys for Plaintiff DAVID DUTCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DUTCHER,<br><br>        Plaintiff,<br><br>v.<br><br>DON LAWSON, SUSAN DUTCHER, MARY NOLAN, CHRISTOPHER BUTLER, SHARON TAYLOR, LATASHA WALLACE, JULIA KOSTINA and DOES ONE to FIFTY, inclusive.<br><br>        Defendants. | Case No. C 12-01981 ~~DMR~~ **CRB**<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE FROM OCTOBER 17, 2012 TO NOVEMBER 14, 2012 OR THE NEXT AVAILABLE DATE**<br><br>Date Action Filed: April 20, 2012<br>Trial Date: Not set. |

**IT IS HEREBY STIPULATED:**

1.    The Court's Standing Order (revised February 22, 2011) provides at Paragraph Eight in pertinent part: "Parties may not stipulate to continue a case management, status, or pretrial conference without Court approval."

/ / /

---

STIPULATION AND PROPOSED ORDER CONTINUING THE     1     U.S. DISTRICT COURT CASE NO. C 12-01981 DMR
INITIAL CASE MANAGEMENT CONFERENCE

2. On September 25, 2012, Defendant Susan Gomes (sued as Susan Dutcher) filed a Motion to Extend Time to Respond to First Amended Complaint (ECF Doc. 33). Ms. Gomes requested that the Court extend the existing deadline to respond to the First Amended Complaint to October 29, 2012.

3. Plaintiff David Dutcher, Defendant Don Lawson and Defendant Mary Nolan do not oppose the extension requested by Ms. Gomes.

4. Plaintiff has filed a Proof of Service of Summons and Complaint on Defendants Latasha Wallace (ECF Doc. 16), Julia Kostina (ECF Doc. 17), Sharon Taylor (ECF Doc. 18) and Christopher Butler (ECF Doc. 24).

5. Plaintiff has contacted counsel for Mr. Butler and requested that he file a response to the First Amended Complaint by September 28, 2012.

6. Plaintiff is in the process of determining whether to dismiss Ms. Kostina, Ms. Taylor and/or Ms. Wallace from this action.

7. Currently, the Initial Case Management Conference is set for Wednesday, October 17, 2012. As a result, September 26, 2012 is the last day for all parties to meet and confer regarding initial disclosures, early settlement, ADR process selection and a discovery plan.

8. Because Ms. Gomes, Mr. Butler, Ms. Kostina, Ms. Taylor and Ms. Wallace have not responded to the First Amended Complaint, it is will not be productive for Plaintiff, Ms. Nolan and Mr. Lawson to meet and confer without them. Further, it will not be possible to prepare a Joint Case Management Conference without the participation of Ms. Gomes, Mr. Butler, Ms. Kostina, Ms. Taylor and Ms. Wallace.

9. As a result, Plaintiff, Ms. Nolan and Mr. Lawson request that the Court continue the Initial Case Management Conference from October 17, 2012 to November 14, 2012, or the next available date. This continuance will allow sufficient time for Ms. Gomes, Mr. Butler, Ms. Kostina, Ms. Taylor and Ms. Wallace (1) to respond to the First Amended Complaint, and (2) meet and confer on all necessary issues prior to the Initial Case Management Conference. The parties' Joint Case Management Statement is due on November 7, 2012.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**

Dated: October 1, 2012

                                          GEARINGER LAW GROUP

                                          By: /s/ Brian Gearinger
                                          BRIAN GEARINGER
                                          R. STEPHEN M. LAROE
                                          Attorneys for Plaintiff DAVID DUTCHER

Dated: October 1, 2012

                                          ROECA HAAS HAGER LLP

                                          By: /s/ Edward D. Haas
                                          EDWARD D. HAAS
                                          Attorneys for Defendant MARY NOLAN

Dated: October 1, 2012

                                          MCNAMARA, NEY, BEATTY, SLATTERY,
                                          BORGES & AMBACHER LLP

                                          By: /s/ James V. Fitzgerald, III
                                          JAMES V. FITZGERALD, III
                                          Attorneys for Defendant DON LAWSON

Dated: October 1, 2012

                                          LAW OFFICE OF MATTHEW PAVONE

                                          By: /s/ Matthew B. Pavone
                                          MATTHEW B. PAVONE
                                          Attorneys for Defendant DON LAWSON

///

///

///

///

///

///

**IT IS ORDERED AS FOLLOWS:**

Pursuant to the above Stipulation, the Initial Case Management Conference is continued to Wednesday, November ~~14~~ **16 at 8: 30 a.m.**, 2012. The parties' Joint Case Management Statement is due on November 7, 2012.

Dated: October 15, 2012    By: _____
THE HON_____
United States _____ Judge



STIPULATION AND PROPOSED ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE    4    U.S. DISTRICT COURT CASE NO. C 12-01981 DMR