1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No.197167)
2  McNAMARA, NEY, BEATTY, SLATTERY,
   BORGES & AMBACHER LLP
3  1211 Newell Avenue
   Walnut Creek, CA 94596
4  Telephone: (925) 939-5330
   Facsimile:  (925) 939-0203
5
   Attorneys for Defendant
6  DON LAWSON

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 | DAVID DUTCHER,                          | Case No. C12-01981 CRB
12 |         Plaintiff,                      | **STIPULATION AND ORDER CONTINUING INITIAL DISCOVERY AND DISPOSITIVE MOTION DEADLINES**
13 | vs.                                     |
14 | DON LAWSON, SUSAN DUTCHER, MARY NOLAN, CHRISTOPHER BUTLER, SHARON TAYLOR, LATASHA WALLACE, JULIA KOSTINA and DOES ONE to FIFTY, inclusive, |
           Defendants.

19     IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action,

20 through their respective counsel of record, as follows:

21     WHEREAS this civil rights action is currently pending in the above entitled Court.

22     WHEREAS the parties had previously agreed to an initial discovery schedule and

23 dispositive motion schedule which was confirmed by Your Honor on May 6, 2014, via Order

24 (ECF Doc. 82) ("Order").

25     WHEREAS the parties have been performing written discovery in this matter since May

26 of 2014.

27     WHEREAS counsel for the Plaintiff have recently informed defense counsel that they are

28 seeking to withdraw as counsel of record in this case, pursuant to California Rule of Professional

STIPULATION AND ORDER CONTINUING INITIAL
DISCOVERY AND DISPOSITIVE MOTION DEADLINES -
C12-1981CRB

Conduct 3-700(C) governing the permissive withdrawal of an attorney from the representation of a client. Alternatively, new counsel may substitute in to this case as counsel for Plaintiff.

WHEREAS counsel for Defendant DON LAWSON agreed to give Plaintiff some additional time to respond to key written discovery in light of this potential withdrawal by Plaintiff's current counsel, a delay which has set back follow up discovery and depositions in this case, so the current deadlines set in the Order need to be modified to allow defense counsel a full and fair opportunity to conduct written discovery and take the necessary depositions, and to allow time for Plaintiff and/or his new counsel a full and fair opportunity to conduct written discovery and take the necessary depositions.

WHEREAS the parties have met and conferred in good faith and have agreed to the following modification to the dates set in the Order (ECF Doc. 82) as follows:

- Discovery related to certain dispositive motions will be completed by January 23, 2015.
- Initial dispositive motions will be filed no later than March 13, 2015.
- Hearings on initial dispositive motions will be heard on April 17, 2015.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 8, 2014          GEARINGER LAW GROUP

                                  THE SCOTT LAW FIRM


                                  By: __/s/ Gearinger, Brian_____
                                  BRIAN GEARINGER / JOHN HOUSTON SCOTT
                                  Attorneys for Plaintiff DAVID DUTCHER


Dated: September 8, 2014          ROECA HAAS HAGER LLP


                                  By:___/s/ Haas, Edward_____
                                  EDWARD D. HAAS
                                  Attorneys for Defendant MARY NOLAN

STIPULATION AND ORDER CONTINUING INITIAL
DISCOVERY AND DISPOSITIVE MOTION DEADLINES -
C12-1981CRB

2

| | | |
|---|---|---|
| Dated: September 8, 2014 | | MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP |

By: ___/s/ Blechman, Noah_____
JAMES V. FITZGERALD, III
NOAH. G. BLECHMAN
Attorneys for Defendant DON LAWSON

Dated: September 8, 2014                    LAW OFFICE OF MATTHEW B. PAVONE

By: _/s/ Pavone, Matthew_____
MATTHEW B. PAVONE
Attorneys for Defendant DON LAWSON

Dated: September 8, 2014                    STEELE, GEORGE, SCHOFIELD & RAMOS LLP

By: ___/s/ Steele, Geoffrey_____
GEOFFREY WM. STEELE
Attorneys for Defendant CHRISTOPHER BUTLER

Dated: September 8, 2014                            LAW OFFICES OF TIM A. PORI

By: ____/s/ Pori, Tim_____
TIM A. PORI
Attorneys for Defendant SUSAN GOMES

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: September 15, 2014       By: _____
                                THE HONORABLE CHARLES R. BREYER
                                United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: "IT IS SO ORDERED" signed Judge Charles R. Breyer]*

STIPULATION AND ORDER CONTINUING INITIAL DISCOVERY AND DISPOSITIVE MOTION DEADLINES - C12-1981CRB       3