IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DUTCHER, | No. C 12-01981 CRB |
|     Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| DON LAWSON, | |
|     Defendant. | |

The Court today granted Plaintiff David Dutcher's counsel's Motion to Withdraw as Counsel (dkt. 87). Plaintiff is now ORDERED to personally APPEAR at a hearing on November 7, 2014 at 10:00 AM to inform the Court of how he intends to proceed with this case.

**IT IS SO ORDERED.**

Dated: October 17, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\1981\osc.wpd