FULVIO F. CAJINA (Bar No. 289126)
LAW OFFICE OF FULVIO F. CAJINA
311 Oak Street, Suite 108
Oakland, CA 94607
Telephone: (415) 601-0779
Facsimile: (510) 225-2636
Email: fulvio@cajinalaw.com

MATTHEW D. HALEY (Bar No. 104493)
THE HALEY LAW OFFICES
1633 San Pablo Avenue
Oakland, CA 94612
Telephone: (510) 444-1881
Facsimile: (510) 444-5108
Email: matt@haleylaw.com

Attorneys for Plaintiff DAVID DUTCHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DUTCHER<br><br>  Plaintiff,<br><br>v.<br><br>DON LAWSON, et al.,<br><br>  Defendants. | CASE NO. C12-01981 CRB<br><br>JOINT STIPULATION FOR THE VOLUNTARY DISMISSAL OF DEFENDANT CHRISTOPHER BUTLER ONLY PURSUANT TO FRCP RULE 41(A)(1)(A)(II). |

   IT IS HEREBY STIPULATED by and between Plaintiff DAVID DUTCHER ("Plaintiff") and Defendant CHRISTOPHER BUTLER ("Defendant"), by and through their respective counsel of record, that Defendant CHRISTOPHER BUTLER *only* shall be dismissed with prejudice from this action pursuant to FRCP Rule 41(a)(1)(A)(ii).  The parties shall bear their own respective attorneys' fees and costs.

THE HALEY LAW OFFICES
A Professional Corporation
1633 SAN PABLO AVENUE
OAKLAND, CA 94512-1505
VOICE (510) 444-1881
FAX (510) 444-5108
EMAIL: matt@haleylaw.com

1

JOINT STIPULATION FOR DISMISSAL OF DEFENDANT CHRISTOPHER BUTLER

Dated: December 9, 2016    LAW OFFICE OF FULVIO F. CAJINA

By:  /s/ Fulvio F. Cajina
     Fulvio F. Cajina, Esq.
     Attorneys for Plaintiff David Dutcher

Dated: December 9, 2016    THE SOLANO LAW GROUP

By:  /s/   Geoffrey Wm. Steele
     Geoffrey Wm. Steele, Esq.
     Attorneys for Defendant Christopher Butler

### ORDER

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that Defendant CHRISTOPHER BUTLER only is dismissed as a defendant in this case with prejudice. The parties to bear their respective attorney's fees and costs.

IT IS SO ORDERED.

DATED:  December  12 , 2016

_____
HON. CHARLES R. BREYER
SENIOR DISTRICT JUDGE

THE HALEY LAW OFFICES
A Professional Corporation
1633 SAN PABLO AVENUE
OAKLAND, CA 94512-1505
VOICE  (510) 444-1881
FAX (510) 444-5108
EMAIL: matt@haleylaw.com

JOINT STIPULATION FOR DISMISSAL OF DEFENDANT CHRISTOPHER BUTLER

2